IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DARRYL V. LYONS,** | : | Civil No. 1:21-cv-1892 |
| Plaintiff, | : | |
| v. | : | |
| **JOHN E. WETZEL,** | : | |
| Defendant. | : | **Judge Sylvia H. Rambo** |

## O R D E R

AND NOW, this 12th day of January, 2022, upon consideration of Magistrate Judge Schwab's Report and Recommendation (Doc. 11) wherein she recommends that the court deny Plaintiff's motion for a temporary restraining order or preliminary injunction, and noting that no objections to the Report and Recommendation have been filed, the court finds that no clear error exists on the record and therefore ORDERS as follows:

1) The Report and Recommendation (Doc. 11) is ADOPTED;

2) The motion (Doc. 9) for a temporary restraining order or preliminary injunction is DENIED;

3) Plaintiff is granted leave to file an amended complaint WITHIN 20 DAYS of this order to clarify his claims, the relief he seeks, and the defendants he is suing; and

4) This matter is remanded to Magistrate Judge Schwab for further proceedings.

                                                s/Sylvia H. Rambo
                                                Sylvia H. Rambo
                                                United States District Judge